**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CIVIL MINUTES - GENERAL

Case No.  CV 14-4780 DSF (AJW)					Date: February 11, 2016

**Title: Carol McArthur v. Carolyn W. Colvin, Acting Comm'r of Social Sec.**
===============================================

PRESENT:			HON.	**ANDREW J. WISTRICH**, MAGISTRATE JUDGE

                  Ysela Benavides
                  Deputy Clerk					Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:			ATTORNEYS PRESENT FOR DEFENDANTS:
            None Present						None Present

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER AND LACK OF PROSECUTION**

Plaintiff filed her complaint pro se and in forma pauperis on June 27, 2014, and a summons was issued. A case management order ("CMO") was issued on July 1, 2014 directing plaintiff to electronically file a proof of service of the summons and complaint within 28 days of the date the complaint was filed. Plaintiff has not filed proof of service, nor has she taken any other steps to prosecute this case since it was filed more than 18 months ago.

Accordingly, plaintiff is ordered to show cause, if any there be, for failing to comply with the CMO and for failing to prosecute this case by filing a declaration under penalty of perjury, with supporting exhibits if needed, no later than **February 25, 2016.**

Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, **may lead to the dismissal of this action with prejudice.  See Fed. R. Civ. P. 41(b)**.

**IT IS SO ORDERED.**
cc:	Parties