UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL S. McARTHUR, | ) |
| Plaintiff, | ) No. CV 14-04780 DSF (AJW) |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: 3/9/16

_Dale S. Fischer_
_____
DALE S. FISCHER
United States District Judge